UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20549-CIV-LENARD/TURNOFF

**DZ BANK AG DEUTSCHE
ZENTRAL-GENOSSENSCHAFTSBANK,
FRANKFURT AM MAIN,**

        Plaintiff,
v.

**JEAN ROBERT MESADIEU**,

        Defendant.
_____/

## **FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon the Report and Recommendation of Magistrate Judge William C. Turnoff ("Report," D.E. 18), issued on June 14, 2010, recommending the Court grant Plaintiff's Motion for Final Default Judgment ("Motion," D.E. 12), against Defendant Jean Robert Mesadieu ("Mesadieu"), filed on April 23, 2010. Plaintiff's Motion was referred to the Magistrate Judge on April 26, 2010, and a hearing was held on the matter on June 11, 2010.

The Report recommends the Court grant Plaintiff's Motion and enter default judgment against Mesadieu in the amount of $252,722.76. The Report also recommends awarding $1,649.66 in attorney's fees and costs to Plaintiff. Finally, the Report instructs the Parties that they had fourteen days to file objections. As of the date of this Order, no objections to the Report have been filed. Failure to file timely objections shall bar the parties from

attacking on appeal the factual findings contained in the report. See <u>Resolution Trust Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review of the Magistrate Judge's Report, Plaintiff's Motion for Final Default Judgment, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of Magistrate Judge William C. Turnoff (D.E. 18), issued on June 14, 2010, is **ADOPTED**;

2. Consistent with the Report and this Order, Plaintiff's Motion for Entry of Final Default Judgment (D.E. 12) against Defendant Mesadieu is **GRANTED**;

3. Final default judgment is **ENTERED** in favor of Plaintiff DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt Am Main against Defendant Jean Robert Mesadieu, in the amount of two-hundred fifty-two thousand, seven hundred twenty-two dollars and seventy-six cents ($252,722.76), together with one thousand, six-hundred forty-nine dollars and sixty-six cents ($1,649.66) in reasonable costs and attorney's fees, for which sum let execution issue;

4. This case is now **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**